COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Victor S. Elgohary, Representatively on behalf of Nominal Defendant
Lakes on Eldridge North Community Association, Inc.  **V.**  Lakes on
Eldridge North Community Association, Inc.; RealManage, LLC;
Darla Kitchen; Don Byrnes; Michael Ecklund; Laura Vasallo Lee;
John Kane; Julie Ann Bennett; Rick Hawthorne; Cara Davis; Christi
Keller; Jim Flanary; Jill Richardson

Appellate case number:   01-14-00216-CV

Trial court case number:  2013-17221

Trial court:             234th District Court of Harris County

Date motion filed:       2/1/16

Party filing motion:     Appellants

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: <u>/s/ Sherry Radack</u>
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Bland and Huddle.

Date:  <u>August 16, 2016</u>